MESSAGE TO INTERNET USERS:

JANUARY 29, 1998

RE: 95-5224 FREUNDT-ALBERTI v. MERRILL, LYNCH

----------------------------------------------------------------------

The one page attachment referred to in the above opinion, does not appear in this text. It will, however, appear when loaded in approximately 10 days.

Nancy Gilman, Opinions Clerk
US Court of Appeals for the Eleventh Circuit
(404) 335-6151